IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CLAUDIA CERVANTES,<br> *Plaintiff,* | § § § | |
| | § | CIVIL ACTION NO. 5:17-cv-169 |
| VS. | § § | |
| STATE FARM LLOYDS, AND<br>RICARDO ALVARADO<br>*Defendants* | § § § | |

## NOTICE OF SETTLEMENT

  Plaintiff and Defendants (collectively "the Parties") have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement in the next 60 days and will submit a Joint Stipulation of Dismissal with Prejudice by December 12, 2017, or as otherwise directed by the Court.

  Due to the settlement of the case, the Parties ask that the action be abated to ensure adequate time for the parties to sign dismissal documents.

             Respectfully submitted,

            By: */s/ Sarah Pierce Cowen*
              Sarah Pierice Cowen
              State Bar No. 15997480
              Federal ID No. 7973
              sarah@cowengarza.com
              COWEN & GARZA, LLP
              506 E. Dove Avenue
              McAllen, Texas 78504
              T. (956) 994-9170
              F. (956) 618-2324

              **ATTORNEY IN CHARGE FOR**
              **DEFENDANT STATE FARM LLOYDS**

And

                    BY: */s/William T. Jones, Jr.*
                          WILLIAM T. JONES JR.
                          State Bar No. 24032601
                          bjones@gbtriallaw.com
                          GREEN & BARTON
                          1201 Shepherd Drive
                          Houston, Texas 77007
                          T. (713) 227-4747
                          F. (713) 621-5900
                          **Attorney in Charge for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

**_VIA FACSIMILE: (713) 621-5900_**
William T. Jones Jr.
bjones@GBTriallaw.com
GREEN & BARTON
1201 Shepherd Drive
Houston, Texas 77007
Tel. (713) 227-4747

                          */s/ Viola G. Garza*
                          Viola G. Garza